United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>SOUTH BAY MAINTENANCE COMPANY, INC.,<br><br>Defendant. | No. C 05-1872 SBA<br><br>**ORDER** |

On March 2, 2006, this Court was notified that Defendant South Bay Maintenance Company, Inc. filed for voluntary relief under Chapter 7 of the United States Bankruptcy Code on October 12, 2005, in the United States Bankruptcy Court, Northern District of California, San Jose Division.

Accordingly,

IT IS HEREBY ORDERED THAT this case is DISMISSED WITHOUT PREJUDICE TO BEING REOPENED upon the conclusion of the bankruptcy proceedings or upon notice from Plaintiffs that they have been granted relief from the bankruptcy stay. This matter shall be reopened and restored to the active civil calendar upon written application by any party within 30 days of either: (1) an order of the Bankruptcy Court granting relief from the automatic stay, or (2) the conclusion of the bankruptcy proceedings. However, failure to move to reopen the matter within the deadlines set forth herein will result in this dismissal becoming final, absent any extension of time previously granted.

Should any party object to this Order due to its belief that this action is not automatically stayed pursuant to the Bankruptcy Code, leave is hereby granted to file such objection with the basis therefore on or before April 10, 2006.

IT IS FURTHER ORDERED THAT all pending matters, including Plaintiffs' Request for Entry of Judgment [Docket No. 12], are terminated.

IT IS SO ORDERED.

Dated: 3/6/06

SAUNDRA BROWN ARMSTRONG
United States District Judge